THE STATE EX REL. MORALES, APPELLEE, *v.*
CITY OF CLEVELAND ET AL., APPELLANTS.

[Cite as *State ex rel. Morales v. Cleveland* (1993), 67 Ohio St.3d 573.]

(No. 93–268—Submitted September 14, 1993—Decided November 10, 1993.)

*James Kura,* Ohio Public Defender, *Dale A. Baich* and *Kathleen A. McGarry,* Assistant Public Defenders, for appellee.

574

*Danny R. Williams,* Director of Law, and *Pamela A. Pfleger Walker,* Assistant Director of Law, for appellants.

*Per Curiam.* The court of appeals did not abuse its discretion in finding these particular witness statements not exempt as trial preparation records. See *State ex rel. Williams v. Cleveland* (1992), 64 Ohio St.3d 544, 597 N.E.2d 147; *State ex rel. Coleman v. Cincinnati* (1991), 57 Ohio St.3d 83, 566 N.E.2d 151. Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.